**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

-vs-                                                             Case No.  8:05-cr-83-T-24MSS

HUBER MORENO

_____/

**O R D E R**

This cause comes before the Court for consideration of Defendant Huber Moreno's ("Moreno")  Motion For Order Directing Discharged Counsel To Return Defendant's File and Records (Doc. No. 119).  In his motion, Defendant Moreno seeks an order from this Court directing his former attorney Mark J. O'Brien to return Defendant Moreno's complete original case file.  On January 15, 2007, Mr. O'Brien filed a notice indicating that he has forwarded all materials, documents, and pleadings to Defendant Moreno (Doc. No. 121).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Moreno's Motion For Order Directing Discharged Counsel To Return Defendant's File and Records (Doc. No. 119) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of January, 2007.

*[Signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record
Huber Moreno (with copy of Doc. No. 121)